UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff/Respondent, ) | Crim. No.: 7:07-cr-0001-GFVT |
| ) | Related Civil No.: 7:16-cv-0040-GFVT |
| V. ) | |
| ) | **JUDGMENT** |
| MUHAMMAD ABDUL-RAHMAN, ) | |
| ) | |
| Defendant/Petitioner. ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Order entered contemporaneously herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is and the Court being otherwise sufficiently advised, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Judgment is **ENTERED** in favor of the Respondent;

2. A Certificate of Appealability is **DENIED** as to all issues raised by Petitioner; and

3. All issues having been resolved, this case is **STRICKEN** from the active docket.

This the 5th day of September, 2018.

Gregory F. Van Tatenhove
United States District Judge